RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
  aisaacs@rufuslaw.com
9440 Santa Monica Blvd., Suite 301
Beverly Hills, California 90210
Telephone: (310) 770-1307
Facsimile: (424) 258-7383

Attorneys for Plaintiff THE CARSEY-WERNER COMPANY, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE CARSEY-WERNER COMPANY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SUMON KHAN, an individual, and DOES 1-10,<br><br>Defendants. | CASE No. 2:24-cv-7089<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL** |

Plaintiff The Carsey-Werner Company, LLC ("Carsey-Werner"), a well-known television production company, complains of defendant Sumon Khan ("Khan"), and DOES 1-10, and alleges as follows:

1. This action arises under the Act of October 19, 1976, Title I §101, 90 Stat. 2541; 17 U.S.C. §501; and this court has jurisdiction under the Act of June 25, 1948, c. 646, 62 Stat. 931; 28 U.S.C. §1338, as hereinafter more fully appears.

2. On June 30, 1999, Carsey-Werner, which was then, and ever since has been, an entity existing under the laws of California, with its principal place of business in Los Angeles County, California, registered the copyright to an original television series entitled *That '70s Show* in multiple episodes.

8442.21.3.1

COMPLAINT FOR DAMAGES FOR COPYRIGHT INFRINGEMENT: REQUEST FOR JURY TRIAL

Case 2:24-cv-07089-DDP-PVC   Document 1   Filed 08/21/24   Page 2 of 4   Page ID #:2

3. *That '70s Show* contains a large amount of wholly original material and is copyrightable subject matter under the laws of the United States.

4. Between June 30, 1999, and the present, Carsey-Werner complied in all respects with the Act of October 19, 1976, Title I §101, 90 Stat. 2541; 17 U.S.C. §§ 401-412, and all other laws governing copyright, and secured the exclusive rights and privileges in and to the copyright of *That '70s Show*, and holds a certificate of registration from the Register of Copyrights, dated and identified as follows: "June 30, 1999 - No. PA 9045-949."

5. Since June 30,1999, *That '70s Show* has been broadcast on television and other media by Carsey-Werner, and all copies of it made by Carsey-Werner, or under its authority or license, have been broadcast on television and other media in strict conformity with the provisions of the Act of October 19, 1976, Title I §101, 90 Stat. 2541, and all other laws governing copyright.

6. Since June 30,1999, Carsey-Werner has been, and still is, the sole proprietor of all rights, title, and interest in and to the copyright in *That '70s Show*.

7. After June 30,1999, Khan infringed Carsey-Werner's copyright by publishing and placing various episodes of That '70s Show on the internet by posting it on the website known as YouTube where it can be viewed by the general public for free at www.youtube.com/@Mobarok_Official

8. Carsey-Werner has notified Khan that he has infringed Carsey-Werner's copyright, but Khan has continued to infringe the copyright.

9. By publishing and placing said episodes of *That '70s Show* on the internet by posting it on the website known as YouTube, Khan has thereby been engaging in unfair trade practices and unfair competition against Carsey-Werner to Carsey-Werner's irreparable damage.

## PRAYER FOR RELIEF

WHEREFORE, Carsey-Werner prays for relief against Defendants, and each of them, as follows:

8442.21.3.1

2

COMPLAINT FOR DAMAGES FOR COPYRIGHT INFRINGEMENT; REQUEST FOR JURY TRIAL

1. That Khan, his agents and servants be enjoined, during the pendency of this action and permanently, from infringing the copyright of Carsey-Werner in any manner, and from publishing or placing any episodes of *That '70s Show* on the internet, either by posting it on the website known as YouTube, or on any other website, or in any other manner.

2. That Khan be required to pay to Carsey-Werner such damages as Carsey-Werner has sustained in consequence of Khan's infringement of Carsey-Werner's copyright and the unfair trade practices and unfair competition, and to account for:

    a. All gains, profits, and advantages derived by Khan by said trade practices and unfair competition; and

    b. All gains, profits, and advantages derived by Khan by his or her infringement of Carsey-Werner's copyright or such damages as the court shall deem proper within the provisions of the copyright statutes, but not less than $250.

3. That Khan deliver up to be impounded during the pendency of this action all copies of *That '70s Show* in his possession or under his control;

4. That Khan pay to Carsey-Werner the costs of this action and reasonable attorney's fees to be allowed to the Carsey-Werner by the court; and

5. For such further relief as the Court deems just and proper.

DATED: August 21, 2024

RUFUS-ISAACS ACLAND & GRANTHAM LLP

By: _____
Alexander Rufus-Isaacs
Attorneys for Plaintiff THE CARSEY-WERNER COMPANY, LLC

## DEMAND FOR JURY TRIAL

Plaintiff THE CARSEY-WERNER COMPANY, LLC hereby demands trial by jury on all issues triable by a jury.

DATED: August 21, 2024                RUFUS-ISAACS ACLAND & GRANTHAM LLP

By: _____
Alexander Rufus-Isaacs
Attorneys for Plaintiff THE CARSEY-WERNER COMPANY, LLC